### January 14, 1975.

M. P. No. 74-320. VICTOR WALKA *v.* FRANK BESTWICK, JR. VICTOR WALKA *v.* WILLIAM COLLINS. Order entered on January 9, 1975 is vacated. The order entered on December 11, 1974 staying execution pending decision on the petition for writ of certiorari is reinstated. *Letts, Quinn & Licht, Daniel J. Murray, Jerome B. Spunt, Frank Licht,* for respondent-appellee. *Alan H. Pearlman,* for petitioners-appellants.